UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-62689-WPD (Dimitrouleas/Snow)

JIM MEARS, individually,

    Plaintiff,

v.

MONTERREY SUPERMARKET V LLC.,
a Florida limited liability company,
d/b/a MONTERREY SUPERMARKET,
and T.S. MARGATE CO. LTD.,
a Florida limited partnership,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants T.S. MARGATE CO. LTD. and MONTERREY SUPERMARKET V LLC,[1] by and through their undersigned counsel, and on behalf of all parties, hereby advise this Court that the parties have reached a settlement in principle.  The parties expect to file a consent decree and joint motion to approve same within ten (10) days.

| | |
|---|---|
| Dated:   February 3, 2015<br>           Boca Raton, FL | Respectfully submitted,<br><br>*s/ Adam S. Chotiner*<br>ADAM S. CHOTINER, ESQ.<br>Florida Bar No. 0146315<br>E-Mail: aschotiner@sbwlawfirm.com<br>SHAPIRO, BLASI & WASSERMAN, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:  (561) 477-7800; Fax:  (561) 477-7722<br>Attorneys for Defendants |

---

[1]     The correct name of this corporate entity is "Monterrey Market V, LLC."

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Jim Mears v. Monterrey Supermarket V LLC, et al.*
Case No. 0:14-cv-62689-WPD (Dimitrouleas/Snow)
United States District Court, Southern District of Florida

| | |
|---|---|
| Jason F. Valentin, Esq.<br>E-Mail: valentin@thomasbaconlaw.com<br>Thomas B. Bacon, P.A.<br>1888 NW 7th Street<br>Miami, FL 33125<br>Tel:   (914) 618-2653<br>Fax:   (305) 643-3334<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi & Wasserman, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:   (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |
| Thomas B. Bacon, Esq.<br>E-Mail: tbb@thomasbaconlaw.com<br>Thomas B. Bacon, P.A.<br>4868 SW 103rd Avenue<br>Cooper City, FL 33328<br>Telephone: (954) 925-6488<br>Facsimile:  (954) 237-1990<br>Counsel for Plaintiff<br>*Via CM/ECF* | |